IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **BYRON J. WARREN,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | Civil Action No. 4:23-cv-234-O |
| **PROGRESSIVE AUTO INSURANCE CORPORATE,** *et al.*, | § § § § | |
| Defendants. | § § | |

# FINAL JUDGMENT

In accordance with the Court's order of dismissal entered this day and Federal Rule of Civil Procedure 58, it is the final judgment of the Court that Plaintiffs' complaint is DISMISSED. *See* FED. R. CIV. P. 58.

**SO ORDERED** this **16th day** of **May, 2023.**

*[signature: Reed O'Connor]*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**